

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV 6988
JUDGE DARRAH
MAGISTRATE JUDGE COLE

In the Matter of

Chicago Regional Council of Carpenters Pension Fund et al.
v.
White Retail Construction Services, Inc., an Arkansas corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

FILED
DEC 12 2007    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Raymond J. Sanguinetti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM Whitfield, McGann & Ketterman | |
| STREET ADDRESS 111 E. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6244798 | TELEPHONE NUMBER (312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |