**ClientCaseID:** N7564/RJS
**CaseID:** 171238
**Law Firm ID:** WHITFIEL


*171238A*

**CaseReturnDate:** 1/12/08

**Affidavit of Sheriff's Deputy**

# UNITED STATES DISTRICT COURT

CP# 07-46852

**Case Number** 07C6988

I,
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   White Retail Construction Services, Inc.

(✓) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(✓) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

**Date Of Service:** 12-28-07   **Time of Service:** 1:45 P.M.   **Date Of Mailing**
**PERSON SERVED**

| Age | Sex | Race | Height | Build | Hair |
|---|---|---|---|---|---|

**LOCATION OF SERVICE**   45  Financial Drive Suite 2
Cabot, AR, 72023-861

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Linda Finch*   12-28-07

**AGENCY NAME:** SHERIFFS DEPARTMENT   **NAME OF SERVER:**   **DATE:**

**ADDRESS:** 301 Ct St
**CITY:** Lonoke
**ST:** Ark  **ZIP** 72086
**PHONE:** 501-743-9013

Receipt 13117  12/20/07  $50.00

Received
DEC 20 2007
Lonoke County S.O.