# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6988 | **DATE** | February 11, 2008 |
| **CASE TITLE** |  | CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al   vs. WHITE RETAIL CONSTRUCTION SERVICES | |

**DOCKET ENTRY TEXT:**

Status hearing set for 2/12/08 is re-set to 2/21/08 at 9:00 a.m.

|  | Courtroom Deputy Initials: | JS |
|---|---|---|

Case 1:07-cv-06988   Document 8   Filed 02/11/2008   Page 1 of 1

04C1 SMITH vs. JONES                                                                                                       Page 1 of  1