IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> WHITE RETAIL CONSTRUCTION, INC., an Arkansas corporation, <br><br> Defendants. | Case No. 07C 6988 <br> Judge John W. Darrah <br> Magistrate Judge Cole |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, Raymond J. Sanguinetti, moves this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on December 12, 2007 and the summons and complaint was served on Plaintiff on December 28, 2007, via the Process Server. **(Exhibit A, affidavit of service)**

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendant was bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to report all hours worked by its carpenter employees on a monthly basis to the Trust Funds. For the month of July 2007 Defendant submitted a report showing $21,502.32 in contributions due, but without payment.

4. The Defendant breached the bonding provisions of the Trust Agreements and Collective Bargaining Agreement by failing to pay contributions in the amount of

$21,502.32. **(Exhibit B, affidavit of James Rosemeyer)**

5. The Defendant owes the sum of $1,845.75 for necessary and reasonable attorney fees and costs which were incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1). **(Exhibit C, affidavit of Raymond J. Sanguinetti)**

6. Defendants owe liquidated damages and interest in the amount of $2,824.46. **(Exhibit B)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $26,172.53.

Respectively submitted,


s/ RAYMOND J. SANGUINETTI

Attorney for the Trustees
of the Chicago Regional
Council of Carpenters
Pension Fund, et al.


Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Atty No. 6244798

# Exhibit A

**Exhibit A**

ClientCaseID: N7564/RJS

CaseID: 171238

Law Firm ID: WHITFIEL


*171238A*

CaseReturnDate: 1/12/08

Affidavit of Sheriff's Deputy

# UNITED STATES DISTRICT COURT

CP# 07-40852

Case Number 07C6988

I,

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   White Retail Construction Services, Inc.

(✓) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(✓) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: 12-28-07   Time of Service: 1:45 P.M.   Date Of Mailing
PERSON SERVED

Age    Sex    Race    Height    Build    Hair

LOCATION OF SERVICE   45   Financial Drive Suite 2
Cabot, AR, 72023-861

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Linda Finch   12-28-07

AGENCY NAME: SHERIFFS DEPARTMENT   NAME OF SERVER:   DATE:

ADDRESS: 301 Ct St
CITY: Lonoke   ST: Ark   ZIP: 72086
PHONE: 501-743-9013

Receipt 13117   12/20/07   $50.00

Received
DEC 20 2007
Lonoke County S.O.

| **STERN PROCESS & INVESTIGATION, LLC** | Tax ID 04-3801615 |
|---|---|
| 205 W. RANDOLPH ST 1210 | |
| CHICAGO, IL, 60606    Phone (312)-853-2150    Fax (312)-853-3119 | |

**Customer**
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone: (312)-251-9700   Fax: (312)-251-9701

### Invoice#    171238
Date Of Invoice:   1/7/2008

Plaintiff: Chicago Regional Council of Carpenters Pension Fund
Court CaseID:   07C6988      Firm#  N7564/RJS        Case Returned Date:  1/12/08
County:         UNITED STATES DISTRICT COURT
Process Server:  SHERIFFS DEPARTMENT                 ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1 | White Retail Construction Services, Inc. | Type Of Service: | CORPORATE SERVICE |
|---|---|---|---|
| Person Served: | ROBERT WHITE, JR., AUTHORIZED | Date Of Service: | 12/28/2007   Time: 1:45 PM |
| Sex MALE   Age   Height   Build | | Hair Color     Race | |

| Defendant:#2 | | Type Of Service: | |
|---|---|---|---|
| Person Served: | | Date Of Service: | Time: |
| Sex   Age   Height   Build | | Hair Color     Race | |

Location   45   Financial Drive Suite 2, Cabot, AR, 72023-861    Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $85.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$85.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $85.00 |

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**

# Exhibit B

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., )<br>)<br>) | |
| Plaintiffs, ) | Case No. 07C 6988 |
| ) | Judge JohnW. Darrah |
| v. ) | Magistrate Judge Cole |
| ) | |
| WHITE RETAIL CONSTRUCTION, INC., an Arkansas corporation, )<br>)<br>) | |
| Defendants. ) | |

**SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746**

James Rosemeyer declares as follows:

1. I am employed as the Contributions Manager at the Chicago Regional Council of Carpenters and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds. A portion of my duties include the monitoring of signatory accounts to ensure that the company posts the required bond pursuant to the Collective Bargaining Agreement.

2. I have reviewed the account for the Defendants, WHITE RETAIL CONSTRUCTION, INC. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters, successor to the Chicago and Northeast Illinois Regional Council of Carpenters whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

      4.      Pursuant to the provisions of the Collective Bargaining Agreement and Trust Agreements, signatory employers are required to submit monthly reports to the Trust Funds detailing the hours worked by their carpenter employees to ensure that all ERISA contributions have been reported and paid to the Trust Funds.

      5.      Defendants reported for the month of July 2007 that it owed ERISA contributions in the amount of $21,502.32.

      6.      Due to Defendants underpayment of contributions, Defendant owes $2824.46 in liquidated damages and interest.

      7.      Despite repeated demands on the Defendant to pay the above amounts, there have been no amounts paid by the Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Signature: _____
James Rosemeyer

Date:      February \_\_\_, 2008

# Exhibit C

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., ) ) ) Plaintiffs, ) ) v. ) ) WHITE RETAIL CONSTRUCTION, INC., an Arkansas corporation, ) ) ) Defendants. ) | Case No. 07C 6988<br>Judge John W. Darrah<br>Magistrate Judge Cole |

**SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746**

Raymond J. Sanguinetti declares as follows:

1. I am an associate of the law firm of Whitfield, McGann & Ketterman and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 10 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4. Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5. I have devoted 6.55 hours in connection with this case at the rate of $165.00 per hour. The total attorney fees billings is $1,430.75.

6. In addition, the filing fee was $350.00 and the fees for service of process were an additional $85.00. These costs total $415.00.

7. I certify that the attached detailed attorney fees and costs totaling $1,845.75 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: February 14, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional Council of Carpenters Pension Fund, et al.

| 2/5/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:52 PM | Slip Listing | Page | 1 |

---

Selection Criteria

---

Case (hand select)   Include: CTF-A./N7564/24329

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | |
| 350320          TIME<br>11/27/2007<br>Billed          G:72443          12/3/2007<br>Prepared letter to Trust Fund Manager James T. Rosemeyer regarding status. | RJS<br>Billable<br>CTF-A./N75 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 82.50 | 82.50 |
| 350318          TIME<br>11/27/2007<br>Billed          G:72443          12/3/2007<br>Review referral for delinquint contribuitions. Prepared update for Daniel McAnally. On line Secretary of State. search for corporate status in Arkansas. | RJS<br>Billable<br>CTF-A./N75 | 0.80<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 132.00 | 132.00 |
| 350319          TIME<br>11/27/2007<br>Billed          G:72443          12/3/2007<br>Prepared federal civil suit for unpaid reports under ERISA; Prepared appearance, civil cover sheet, prepared federal summons and to  legal process server. | RJS<br>Billable<br>CTF-A./N75 | 2.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 412.50 | 412.50 |

| Total: Time | | | | | |
|---|---|---|---|---|---|
| | Billable<br>Unbillable<br>Total | 3.80<br>0.00<br>3.80 | | 627.00<br>0.00<br>627.00 | 627.00 |

2/5/2008            WHITFIELD, McGANN & KETTERMAN  
2:52 PM            Slip Listing            Page 3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | |
| 352012    TIME<br>1/16/2008<br>Billed    G:72790    2/4/2008<br>Review return of service from Lonoke County Arkansas. Diary for default. Prepared for electronic filing with court. | RJS<br>Billable<br>CTF-A./N75 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 41.25 | 41.25 |
| 352014    TIME<br>1/16/2008<br>Billed    G:72790    2/4/2008<br>Prepared affidavit of Trust Fund Manager James T. Rosemeyer. Prepared letter to Trust Fund Manager James T. Rosemeyer regarding materials needed for prove up and case status. | RJS<br>Billable<br>CTF-A./N75 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 165.00 | 165.00 |
| 352013    TIME<br>1/16/2008<br>Billed    G:72790    2/4/2008<br>Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; Prepared affidavit of attorney fees; Prepared draft order. | RJS<br>Billable<br>CTF-A./N75 | 1.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 247.50 | 247.50 |
| **Total: Time** | Billable<br>Unbillable<br>Total | 2.75<br>0.00<br>2.75 | | 453.75<br>0.00<br>453.75 | 453.75 |
| **Grand Total** | Billable<br>Unbillable<br>Total | 6.55<br>0.00<br>6.55 | | 1430.75<br>0.00<br>1430.75 | 1430.75 |

2/5/2008  
2:52 PM

WHITFIELD, McGANN & KETTERMAN  
Slip Listing

Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|---|
| Slip Type: Expense | | | | | | | | |
| 350832<br>12/12/2007<br>Billed<br>FILING FEE | EXP<br>G:72620 | | 1/8/2008 | CPW<br>$DC<br>CTF-A./N75 | 1 | 350.00 | 350.00 | 350.00 |

Total: Expense

|  | Billable | 0.00 | 350.00 | 350.00 |
|---|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 | |
|  | Total | 0.00 | 350.00 | |