IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> WHITE RETAIL CONSTRUCTION, INC., an Arkansas corporation, <br><br> Defendants. | Case No. 07C 6988 <br> Judge John W. Darrah <br> Magistrate Judge Cole |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 12, 2007 and the Defendants were served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, Defendant WHITE RETAIL CONSTRUCTION, INC. is bound to the Collective Bargaining Agreements offered by the Chicago Regional Council of Carpenters;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, WHITE RETAIL CONSTRUCTION, INC. in the sum of $26,172.53.

ENTERED:

_____
JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE

DATE:_____