IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., ) ) ) | |
| Plaintiffs, ) ) | Case No. 07C 6988 Judge John W. Darrah |
| v. ) ) | Magistrate Judge Cole |
| WHITE RETAIL CONSTRUCTION, INC., an Arkansas corporation, ) ) ) ) | |
| Defendants. ) | |

NOTICE OF MOTION

White Retail Construction, Inc.
Robert White Jr, R.A.
45 Financial Drive, Suite 2
Cabot, AR 72023-8610

    PLEASE TAKE NOTICE that on **Thursday, February 21, 2008** I shall appear before the Honorable Judge Darrah at approximately 9:00 a.m. in Courtroom 1441 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

                CHICAGO REGIONAL COUNCIL OF
                CARPENTERS PENSION FUND, et al.

                s/RAYMOND J. SANGUINETTI

Certificate of Service

    I, Raymond J. Sanguinetti, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the persons to whom said Notice is directed on February _N_, 2008.

                s/Raymond J. Sanguinetti

Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6244798