

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., )<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>WHITE RETAIL CONSTRUCTION, INC., an )<br>Arkansas corporation,    )<br>)<br>Defendant.    ) | Case No. 07 C 6988<br>Judge John W. Darrah<br>Magistrate Judge Cole |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 12, 2007 and the Defendants were served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, Defendant WHITE RETAIL CONSTRUCTION, INC. is bound to the Collective Bargaining Agreements offered by the Chicago Regional Council of Carpenters;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, WHITE RETAIL CONSTRUCTION, INC. in the sum of $26,172.53.

ENTERED:

_____
JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE
DATE: February 21, 2008